IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARINDER SANDHU, JEREMY DESAI, | : | |
| APOTEX INC. and APOTEX CORP. | : | NO. 17-3031 |

## ORDER

**NOW**, this 30th day of January, 2018, upon consideration of defendants Apotex Inc. and Apotex Corporation's Motion to Dismiss Plaintiff's Complaint (Document No. 46), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss Count IX (Conversion) and Count XI (Permanent Injunction), it is **GRANTED**;

2. To the extent the motion seeks to dismiss Counts I, II, IV, VI, VII, VIII, and X, it is **DENIED**; and

3. Counts IX and XI as to defendants Apotex Inc. and Apotex Corporation are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.