**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TEVA PHARMACEUTICALS USA, INC.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BARINDER SANDHU, JEREMY DESAI,** | : | |
| **APOTEX INC. and APOTEX CORP.** | : | **NO. 17-3031** |

## ORDER

**NOW**, this 30th day of January, 2018, upon consideration of defendant Jeremy Desai's Motion to Dismiss the Complaint for Failure to State a Claim (Document No. 49), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss Count IX (Conversion) and Count XI (Permanent Injunction), it is **GRANTED**;

2. To the extent the motion seeks to dismiss Counts I, II, IV, VI, VII, and X, it is **DENIED**; and

3. Counts IX and XI as to defendant Jeremy Desai are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.