# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TEVA PHARMACEUTICALS USA, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BARINDER SANDHU, JEREMY DESAI, | : | |
| APOTEX INC. and APOTEX CORP. | : | NO. 17-3031 |

## ORDER

**NOW**, this 30th day of January, 2018, upon consideration of defendant Barinder Sandhu's Motion to Dismiss Complaint (Document No. 50), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss Count II (CFAA), Count X (Procuring Information by Improper Means), and Count XI (Permanent Injunction), it is **GRANTED**;

2. To the extent the motion seeks to dismiss Counts I, III, V, VII, and IX, it is **DENIED**; and

3. Counts II, X, and XI as to defendant Barinder Sandhu are **DISMISSED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.